UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALFARO MORENO,<br><br>Petitioner,<br><br>v.<br><br>JAMES WALKER,<br><br>Respondent. | CASE NO. EDCV 09-2236-SVW (PJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and,

therefore, a certificate of appealability is denied. *See* Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED: 5/5/11

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MORENO, A 2236\Order accep r&r.wpd

2