UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALFARO MORENO,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES WALKER,<br><br>    Respondent. | CASE NO. EDCV 09-2236-SVW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/5/11.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MORENO, A 2236\Judgment.wpd